02-10-196-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00196-CV 

 

 


 
 
 Shamsul Ahmed
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Highland Cooper Oaks, L.L.C.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County Court at Law No. 1 OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion
To Dismiss The Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.

 

DELIVERED:  October 14, 2010











[1]See Tex. R. App. P. 47.4.